# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLIFFORD WEEKS,

    Plaintiff,

v.                                                                          CASE NO.: 8:17-cv-01040-EAK-JSS

PENTAGON FEDERAL CREDIT UNION,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, CLIFFORD WEEKS, by and through his undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, CLIFFORD WEEKS, and Defendant, PENTAGON FEDERAL CREDIT UNION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                      */s/Amanda J. Allen, Esq.*
                                      **Amanda J. Allen, Esq**.
                                      Florida Bar No.: 98228
                                      Amanda@TheConsumerProtectionFirm.com
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      210-A South MacDill Avenue
                                      Tampa, FL 33609
                                      Telephone: (813) 500-1500
                                      Facsimile: (813) 435-2369
                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on October 18, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

    */s/Amanda J. Allen, Esq.*
Amanda J. Allen, Esq.
Florida Bar No.:  98228
Amanda@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*